IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

JUAN VEGA-FRIAS,

    Petitioner/Defendant,

vs.                                                       No. CIV 09-0419 JB/WDS
                                                              No. CR 07-1014 JB

UNITED STATES OF AMERICA,

    Respondent

**ORDER**

**THIS MATTER** comes before the Court on Petitioner's Motion Pursuant to 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody, filed April 29, 2009 (Doc. 1). On July 13, 2009, Respondent United States of America filed a response in opposition to the motion. See United States' Response to Juan Vega-Frias' 28 U.S.C. § 2255 Petition to Vacate, Set Aside or Correct a Sentence, filed July 13, 2009 (Doc. 9). Petitioner Juan Vega-Frias did not file a reply. Having reviewed the record de novo and considered the United States Magistrate Judge's Proposed Findings and Recommended Disposition, filed January 5, 2010 (Doc. 10), to which Vega-Frias did not object, and being otherwise fully advised, the Court finds that the Motion to Vacate, Set Aside, or Correct Sentence should be denied.

**IT IS ORDERED** that: (i) the United States Magistrate Judge's Proposed Findings and Recommended Disposition is adopted; and (ii) the Petitioner's Motion to Vacate, Set Aside, or Correct Sentence filed under 28 U.S.C. § 2255 is denied and this matter is dismissed with prejudice.

                                                              _____
                                                              UNITED STATES DISTRICT JUDGE

*Parties and counsel*:

Juan Vega-Frias
Pecos, Texas

    *Plaintiff pro se*

Gregory J. Fouratt
  United States Attorney
Mary Catherine McCulloch
  Assistant United States Attorney
Albuquerque, New Mexico

    *Attorneys for the Defendant*