IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

JUAN VEGA-FRIAS,

        Petitioner/Defendant,

vs.                                                            No. CIV 09-0419 JB/WDS
                                                                   No. CR 07-1014 JB

UNITED STATES OF AMERICA,

        Respondent

## FINAL JUDGMENT

Pursuant to the Order adopting the proposed findings and recommended disposition of the United States Magistrate Judge, which accompanies this order, Petitioner's petition for writ of habeas corpus is dismissed with prejudice.

 

_____
UNITED STATES DISTRICT JUDGE

*Parties and counsel*:

Juan Vega-Frias
Pecos, Texas

    *Plaintiff pro se*

Gregory J. Fouratt
  United States Attorney
Mary Catherine McCulloch
  Assistant United States Attorney
Albuquerque, New Mexico

    *Attorneys for the Defendant*